1  Elliot Gale (State Bar No. 263326)
   egale@sagarialaw.com
2  Joe Angelo (State Bar No. 268542)
   jangelo@sagarialaw.com
3  SAGARIA LAW, P.C.
   3017 Douglas Blvd., Ste. 200
4  Roseville, California 95661
   Telephone: (408) 279-2288
5  Facsimile: (408) 279-2299

6  Attorneys for Plaintiff
   Melodie Haynes

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA — SACRAMENTO DIVISION

| | |
|---|---|
| MELODIE HAYNES, <br><br> Plaintiff, <br><br> vs. <br><br> MACY'S CORPORATE SERVICES, INC.. <br> Defendant. | Case No.: 2:18-cv-02028-JAM-EFB <br><br> **ORDER** |

**ORDER**

Pursuant to the stipulation of the Parties, this action is dismissed with prejudice as to all claims, causes of action and parties, and that each party shall bear its own attorneys' fees and costs.

IT IS SO ORDERED.

DATED: 2/25/2019            /s/ John A. Mendez
                            Hon. JOHN A. MENDEZ
                            UNITED STATES DISTRICT COURT JUDGE

1